GRACE E. LOWENDAHL V. BALTIMORE AND OHIO RAILROAD COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK V. LOUIS SHER, Doing Business, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Glennon, JJ.

ETHEL JOHNSTONE V. STUART JOHNSTONE.— Motion for leave to appeal to the Court of Appeals or for a reargument and for an extension of defendant's time to answer the second cause of action denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

HARRY GIDINSKY, Trading as CLAIRMONT SILK COMPANY, V. THOMAS O. SHECKELL and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ECONOMY HOLDING CORPORATION V. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

SHIRLEY DORFF, an Infant, by BESSIE DORFF, Her Guardian ad Litem, and Others, v. CORNELIUS PIPLING and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

THE VLADIKAVKAZSKY RAILWAY COMPANY V. THE NEW YORK TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument granted; questions certified. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

JOHN P. BRADFORD and Another v. WAFILMS, INCORPORATED, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SAMUEL DIENER V. CARMEN CAB CORPORATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

BOOKBINDERS TRADE ASSOCIATION, INC., v. JOHN B. HAGGERTY, Individually and as President, etc., and Others, Impleaded with MARY J. MURPHY and Others. MARY MURPHY, as President, etc., v. JOHN B. HAGGERTY, Individually and as President, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOE LETIZIA v. MARC EIDLITZ & SON, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.